# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 5:95cr5016LAC

JAMES KEITH JOHNSON

Referred to Judge Lacey Collier on  June 15, 2005

Motion/Pleadings:   MOTION TO MODIFY OR REDUCE SENTENCE PURSUANT 18 UNITED STATES CODE 3582(C)(2)

Filed by DEFENDANT, PRO SE     on 6/2/05      Doc.# 163

RESPONSES:

on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells

LC (1 OR 2)    Deputy Clerk: Mary Maloy-Wells

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of June, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) The Guidelines Amendments cited by the defendant are not retroactively applicable to his case.  U.S.S.G. § 1B1.10.*

s/L.A. Collier

**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.