IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.:  5:95cr5016/LAC/EMT
 5:16cv264/LAC/EMT

JAMES KEITH JOHNSON

_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 5, 2017 (ECF No. 190). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Government's "Motion to Dismiss Defendant's Second and Successive Motion to Correct Sentence under 28 U.S.C. § 2255" (ECF No. 187) is **GRANTED**.

3.	Defendant's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" (ECF NO. 183) is summarily **DENIED and DISMISSED**.

4.	Defendant's Motion to Deny Government's Motion to Dismiss (ECF No. 188) is **DENIED**.

5.	A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 21st day of April, 2017.


	*s/L.A. Collier*
	**LACEY A. COLLIER**
	**SENIOR UNITED STATES DISTRICT JUDGE**